

# NUMBER 13-25-00501-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF J.B.J.

---

## ON APPEAL FROM THE COUNTY COURT AT LAW
## OF GILLESPIE COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Peña and West**
**Memorandum Opinion by Justice Tijerina**

Appellant filed an appeal from a judgment entered by the County Court at Law of Gillespie County, Texas, on August 18, 2025.[1] On December 15, 2025, appellant filed a motion to dismiss the appeal. Appellee is not opposed to the motion.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See*

---

[1] This appeal was transferred to this Court from the Fourth Court of Appeals pursuant to a docket-equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE § 73.001.

TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Chief Justice

Delivered and filed on the
8th day of January, 2026.

2